United States District Court for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 04 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) 1:14-CR-2004-TOR |
| vs. | ) Order Granting Motion to |
| | ) Revoke Conditions of Release |
| Raul Ulises Badillo-Guzman, | ) |
| Defendant. | ) |

Before the Court is Defendant's Motion to Revoke his Conditions of Release and Waiver of Personal Appearance (ECF No. 33). For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 33) is **GRANTED**. Because Mr. Badillo-Guzman is in state custody, he is unable to comply with the conditions of release fashioned by the Court. The U.S. Marshals are directed to place a federal detainer on Mr. Badillo-Guzman given the still-pending federal indictment. The district court executive is directed to enter this order and provide copies to counsel.

DATED this 4th day of April, 2014.

_James P. Hutton_
James P. Hutton
UNITED STATES MAGISTRATE JUDGE

Order      1