UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>RAUL ULISES BADILLO-GUZMAN,<br><br>                    Defendant. | NO: 1:14-CR-2004-TOR<br><br>FINAL ORDER OF FORFEITURE |

BEFORE THE COURT is the United States' Motion for an Order Declaring the Preliminary Order of Forfeiture Final (ECF No. 82) set for hearing without oral argument on June 9, 2016.  The Court has reviewed the motion and the file therein, and is fully informed.  There being no reason for further delay, the Court strikes the June 9, 2016, hearing.

As a result of Defendant's guilty plea, on December 14, 2015, the Court entered a Preliminary Order of Forfeiture (ECF No. 64), in accordance with 18

FINAL ORDER OF FORFEITURE ~ 1

U.S.C. § 2253 and Fed. R. Crim. P. 32.2, forfeiting the following listed assets to the United States, subject to resolution of third party interests:

a) Dane Elec 8GM thumb drive;
b) Neon yellow thumb drive;
c) Arnova 10GZ tablet computer, Model A101C, No Serial Number;
d) Seagate Expansion portable drive 2TB;
e) Dell Inspiron 1750 laptop, Serial No. FZL6SJ1;
f) Stack of four recordable CDs in cases;
g) Binder with digital evidence – hard drives, CDs and Ipod 32GB, Serial No. 9C9290H9208;
h) Digital memory card reader;
i) Two USB thumb drives;
j) Bag of memory cards;
k) Imation USB drive 512 MB;
l) USB hidden in ink pen body;
m) Homemade surveillance camera with micro SD;
n) Additional pieces to pen camera, USB cord;
o) Virgin Mobile LG smart phone, Serial No. Unknown;
p) Silver Apple Ipod, Serial No. YM94983U72Q;
q) Surveillance key fob camera;
r) 4GB micro SD card; and,
s) eMachines D620 laptop computer, serial number LXN230YO46839B11C52200.

The United States has posted the Notice of Forfeiture online at www.forfeiture.gov beginning March 9 through April 7, 2016.  ECF No. 81, 81-1, and 81-2.  The time for filing petitions to claim an interest in these assets, as provided in 21 U.S.C. § 853(n) ("within thirty days of the final publication of notice"), as incorporated by 18 U.S.C. § 2253, has expired and no third-party petitions or claims were filed.

FINAL ORDER OF FORFEITURE ~ 2

Defendant entered into a Plea Agreement on November 24, 2015, represented that he was the sole owner of the assets, agreed to the forfeiture of the assets and waived further notice of forfeiture proceedings. ECF No. 60 at 12-14. Defendant was sentenced on March 8, 2016 and his interests in said assets were declared forfeit. ECF No. 79 at 7-8.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The hearing set for June 9, 2016 is stricken as moot.

2. The United States' Motion for an Order Declaring the Preliminary Order of Forfeiture Final (ECF No. 82) is **GRANTED**.

3. The Preliminary Order of Forfeiture (ECF No. 64) is final as to the Defendant and all other persons and entities; the assets are hereby forfeited to the United States.

4. The forfeited assets shall be disposed of in accordance with law.

5. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** June 2, 2016.



THOMAS O. RICE
Chief United States District Judge